**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIENNA MORAN ODETTE,<br><br>                              Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissionner of Social Security,<br><br>                              Defendant. | Case No.: 3:23-cv-858-W-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [DOCS. 13 and 15]** |

   Pending before the Court is the Parties' application and joint stipulation for the award of attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The parties agree that no costs are to be awarded under 28 U.S.C. § 1920. Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Docs. 13 and 15] and **AWARDS** $4,000.00 in attorney fees pursuant to the parties' Joint Motion for the Award of Attorney's Fees Pursuant to the Equal Access to Justice Act.

   **IT IS SO ORDERED.**

Dated:  October 20, 2023

_____
Hon. Thomas J. Whelan
United States District Judge